NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PEDRO L. ALARCON,       )
                              )
        Appellant,      )
                              )
v.                       )      Case No. 2D17-3093
                              )
STATE OF FLORIDA,      )
                              )
        Appellee.       )
_____)

Opinion filed February 13, 2019.

Appeal from the Circuit Court for
Manatee County; Deno Economou,
Judge.

Jaime J. Garcia, III of Garcia Law
Group, P.A., Tampa, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and C. Suzanne
Bechard, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and ATKINSON, JJ., Concur.